# EXHIBIT A

## SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT (the "Agreement") is entered into as of the 17th day of March, 2015 (the "Effective Date"), by and between Flava Works, Inc. ("Plaintiff") and Marques Rondale Gunter, myVidster.com, SalsaIndy, LLC ("Defendants") (collectively, the "Parties") relating to Flava Works, Inc. v. Marques Rondale Gunter d/b/a myVidster.com, et al, case number **1:10-cv-06517**, in the United States District Court for the Northern District of Illinois (the "Lawsuit"), the Parties agree to the following terms and conditions of settlement:

WHEREAS, the Parties have entered into this settlement to avoid the burdens and uncertainties of litigation;

WHEREAS, the Parties agree that they will execute the obligations set forth below in good faith and fair dealing; and

WHEREAS, the Parties engaged in settlement negotiations and have reached a resolution to their disputes.

NOW, THEREFORE, in consideration of the mutual promises contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1.     API Tool.  Within thirty (30) days of the Effective Date, Defendants will provide Webmasters (as defined herein) access to a back-end application program interface (API) tool on the myVidster.com website that allows Webmasters to see the source of infringing content and directly remove links to infringing content appearing on the website; provided that, each Webmaster must first authentic itself and request access from myVidster.com to this API.  A "Webmaster" is any person or company that owns and operates a website. Defendants will ensure that when a Webmaster removes a link to infringing content appearing on the myVidster.com website, the entire post or page associated with that link will also be removed thereby preventing the public from accessing the page or post containing the infringing material on the myVidster.com website, including posts or comments relating to the infringing material on the myVidster.com website. Subject to the terms herein, Defendants will provide notification on the myVidster.com website of the availability of this API tool.

2.     Termination of Accounts.  Within thirty (30) days of the Effective Date, Defendants will adopt a policy, wherein if Defendants are advised by Plaintiff that a myVidster user is the Original Poster (as defined herein) of a link on myVidster.com to an allegedly infringing Flava Works video, Defendants will send that user a notice.  If Defendants are advised by Plaintiff on three separate occasions that a myVidster user is the Original Poster (as defined herein) of a link on myVidster.com to an allegedly infringing Flava Works video (i.e., after that user has received two notices from myVidster), that user will be considered in violation of myVidster's terms and conditions and Defendants will disable his/her account, including any infringing materials posted by that user. An "Original Poster" is the user that initially linked the content at issue to myVidster.com and who is, therefore, responsible for first introducing the link at issue to the myVidster.com ecosystem.  To be clear, an Original Poster is not a user that is merely linking to a link already present on myVidster.com.  To facilitate identification of Original Posters, Defendants will add a

feature to the myVidster.com website that displays the username of the Original Poster beneath the name of each video on myVidster.com (e.g., a caption in the form of "Originally collected by [USER NAME]").

3.  Assurances. Defendants will provide reasonable assurances that the API takedown tool provided pursuant to Paragraph 1 above is functional and will continue to be functional while the myVidster.com website is operational. If at any point the API tool should become non-functional while the myVidster.com website is operational, Defendants shall be required to return the tool to full functioning capacity within 72 hours of Defendants receiving notice that the API tool is not functional; provided that, if it is physically impossible to return the API tool to full functioning capacity within 72 hours by virtue of circumstances beyond Defendants' control, Defendants shall not be in breach of this provision by failing to do so within 72 hours, but Defendants will restore the API tool to full capacity as soon as physically possible.

4.  Do Not Post List. Within thirty (30) days of the Effective Date, Defendants will install a "Do Not Post" list on myVidster.com that directs myVidster users not to post links to certain production companies or studios, including Flava Works.

5.  Disclosure of User Information. Upon termination of a myVidster user's account pursuant to Paragraph 2 above, Defendants will disclose to Flava Works certain personal data relating to that user where such data is in Defendants' possession. This personal data may include, and is limited to, the user's: first and last name, login history (which includes date, time, and IP address at time of login), email address, internet protocol (IP) address, physical and billing address, and last four digits of his/her credit card. By agreeing to this provision, Defendants are in no way representing that they actually possess any of this information for any of their users.

6.  Flava Works Advertisements. Defendants will include for a term of three (3) years commencing within thirty (30) days of the Effective Date a Flava Works banner on the adult home page of the myVidster.com website in the top right corner of the page under the "Create your own Video Collection" heading. This Flava Works banner shall be designed by Plaintiff, and submitted through I-frame banner code such that Plaintiff shall maintain control of the Flava Works banner and may update it as often as Plaintiff desires; provided that, Defendants retain a right of reasonable refusal for banner advertisements that are disparaging or defamatory, violate Defendants' Terms of Service, violate any law, or are otherwise detrimental to Defendants' website.

7.  Flava Works Banners. Defendants will, within thirty (30) days of the Effective Date, use the keywords listed in Schedule A to identify Flava Works videos by searching only the title and description of videos on the myVidster.com website, and will include a banner advertisement designed by Plaintiff beneath each such identified video. This banner advertisement is subject to Defendants' approval, which shall not be withheld except for banner advertisements that are disparaging or defamatory, violate Defendants' Terms of Service, violate any law, or are otherwise detrimental to Defendants' website. Plaintiff may supplement this list of keywords a total of four (4) times per year, provided that Defendants retain a right of reasonable refusal in deciding whether to adopt such additional, supplemental keywords in the event a proposed keyword is overly-broad or likely to create a large number of false positive hits. In the event that Defendants invoke their reasonable right of refusal based on their belief that a particular keyword is not proprietary to or uniquely associated with Plaintiff, Plaintiff may provide proof of ownership thereof. If Plaintiff provides suitable proof of ownership of a particular keyword, Defendants shall withdraw their

refusal. In the event that Plaintiff cannot establish proof of ownership of a particular keyword, Defendants will have no obligation to use that term in identifying Flava Works videos and need not include a banner advertisement beneath videos relating to that keyword. Plaintiff hereby represents and warrants that all model and actor names included in Schedule A as keywords are proprietary to Plaintiff or otherwise refer to models and/or actors who work exclusively for Plaintiff.

8. <u>Flava Works Collections</u>. Defendants will allow Plaintiff to set up collections for each of its websites on myVidster.com and Defendants will feature a Flava Works collection on the main home page of the myVidster.com website for a period of five (5) years commencing within thirty (30) days of the Effective Date.

9. <u>Confidentiality</u>. The Parties shall, and shall require each of their current, former and future attorneys, accountants and agents, and those employees who have or who need to have knowledge of this Agreement, to keep the terms and conditions of this Agreement strictly confidential and not to provide originals or copies of, or disclose any of the contents of, this Agreement to any third-party; provided, however, that (a) originals or copies of this Agreement may be produced, and its contents shall be admissible, in any dispute between or among any of the Parties to this Agreement, (b) originals or copies of this Agreement may be produced, and the contents of this Agreement may be disclosed, in compliance with an order entered by a court of competent jurisdiction, provided that the producing party discloses only that portion of the Agreement that is required to be disclosed and takes reasonable steps to make such disclosure pursuant to a protective order that will protect the confidential nature of this Agreement, and/or (c) originals or copies of this Agreement may be produced, and the contents of this Agreement may be disclosed to attorneys and accountants, for the purpose of facilitating accounting or tax advice in connection with terminating the Lawsuit. Any other disclosure of the terms and conditions of this Agreement by said attorneys, accountants, agents or other persons shall be deemed a breach of this Agreement by the disclosing party. In the event that either party reasonably believes that production or disclosure of the contents of this Agreement is required by a subpoena or other valid legal process, such party shall provide written notice to the other at least ten (10) business days prior to the date such production or disclosure is required and shall cooperate fully with the non-disclosing party in seeking a protective order to preserve the confidentiality of this Agreement and its contents. Notwithstanding the foregoing, the Parties may discuss features of Defendants' website made publicly available by Defendants with their respective affiliates without being considered in breach of the Agreement. To be clear, neither the existence of this Agreement nor the fact that the parties have agreed to terms regarding the Lawsuit shall be confidential.

10. <u>No Admission of Liability</u>. This Agreement is the result of a compromise between the Parties and shall not be construed as an admission by the Parties of any liability, wrongdoing, or responsibility on their part or on the part of their predecessors, successors, parents, subsidiaries, affiliates, attorneys, officers, directors or employees. Indeed, the Parties expressly deny any such liability, wrongdoing or responsibility.

11. <u>Plaintiff's Release of Defendants</u>. Plaintiff and its agents, principals, partners, officers, directors, employees, associates, attorneys, insurers, heirs, executors, administrators, predecessors, successors, affiliates, assigns, privies, and all other persons, firms or corporation, which are or might be claimed through them, hereby releases and forever discharges Defendants, and all of their agents, principals, partners, officers, directors, employees, associates, attorneys, insurers, heirs, family members, executors, administrators, predecessors, successors, affiliated entities,

assigns, and privies from any and all liability, claims and causes of action, whether or not now known, arising out of any act or omission relating in any way to: (a) the Lawsuit; or (b) to any uploading, downloading, distribution or other infringement of Plaintiff's copyrighted material up to and including the Effective Date.

12.     Defendants' Release of Plaintiff.   Defendants and their agents, principals, partners, officers, directors, employees, associates, attorneys, insurers, heirs, executors, administrators, predecessors, successors, affiliates, assigns, privies, and all other persons, firms or corporation, which are or might be claimed through them, hereby release and forever discharge Plaintiff and all of its agents, principals, partners, officers, directors, employees, associates, attorneys, insurers, heirs, family members, executors, administrators, predecessors, successors, affiliated entities, assigns, and privies from any and all liability, claims and causes of action, whether or not now known, relating in any way to the Lawsuit.

13.     Independent Counsel.   Each party acknowledges that it has read, reviewed, and fully considered the terms of this Agreement, has had the opportunity to consult with legal counsel, has made such investigation of facts pertinent hereto as it deems necessary and appropriate, and fully understands the terms and effect of this Agreement and executes the same freely of its own accord.

14.     Governing Law and Jurisdiction.   This Agreement and its performance will be governed by and construed in accordance with the laws of the State of Illinois without recourse to any conflict of law principles. The Parties shall bring any action regarding any dispute arising in connection with this Agreement in any the Federal District Court for the Northern District of Illinois (Eastern Division) to the extent it has subject-matter jurisdiction and otherwise in any court of the State of Illinois located in Cook County, and each Party irrevocably submits to the jurisdiction and venue of those courts.

15.     Legal Fees and Costs.   Each party shall be responsible for paying its respective legal expenses and costs incurred in connection herewith.

16.     Binding Effect.   This Agreement shall inure to the benefit of and be binding upon the Parties and their respective parent companies, subsidiaries, franchisees, successors and assigns.

17.     Non-waiver.   No provision of this Agreement shall be adjudged waived unless any such waiver is signed by the party against whom the waiver is asserted. The waiver by any party of a breach of any provision of this Agreement shall not operate or be construed as a waiver of any subsequent breach.

18.     Severability.   If any provisions or application of this Agreement shall be held invalid or unenforceable then any such provisions shall be deemed severed from this Agreement and the remaining provisions and applications of this Agreement shall not be affected, but rather shall remain valid and enforceable.

19.     Entire Agreement.   This Agreement constitutes the entire agreement and supersedes any and all other understandings and agreements between the parties with respect to the subject matter hereof and no representation, statement or promise not contained herein shall be binding on either party. This Agreement may be modified only by a written amendment duly signed by each party.

20.  Jointly Drafted.  The parties to this Agreement have cooperated in the drafting and preparation of this Agreement.  Therefore, this Agreement shall not be construed against either party on the basis that they independently drafted this Agreement.

21.  Stipulated Dismissal.  Contemporaneously with this Agreement, the Parties shall execute the Stipulation of Dismissal attached hereto as Exhibit A, which shall operate to dismiss the Lawsuit with prejudice effective forty-five (45) days from the filing date thereof.

22.  Authority.  Each of the undersigned signatories hereby represents and warrants that he or she has the authority to bind the individual or entity on whose behalf he or she is signing this Agreement.

IN WITNESS WHEREOF, the parties have executed or caused the duly authorized officers and/or directors to execute this Agreement.

**FLAVA WORKS, INC.**

By: _____

Name: Phillip Bleicher

Title: CEO

Dated: 3 – 17 – 15

**MARQUES RONDALE GUNTER dba MYVIDSTER.COM**

Signature: _____

Dated: 3 – 17 – 15

**SALSAINDY, LLC**

By: _____

Name: Marques Gunter

Title: CEO

Dated: 3 – 17 – 15

## SCHEDULE A

**KEYWORDS**

**MODELS**
Ace Rockwood
Alex Flex
Anthony Andrews
Anthony Avery
Antonio Alvarez
Arman Woodson
Arquez
Avery Alexander
Baby Boy
Baby Star
Billy Baxter
Brandon Johnson
Brandon Long
Breion Diamond
Bryan Burrell
Carlito Rockafella
Carlos Bori
Carmelo Star
Cayden Cooper
Chance Jacobs
Chaos Cartier
Chase Carter
Chico Nemo
Chico Rico
Chino
Chris Coxxx
Chris White
Christian Xavier
Cody Kyler
Colby Turner
Cuban Redd
Curtis Creed
Daddy Cream
Danger Zone
Daniel Thompson
Darius Evans
Day Day
Deangelo Jackson
Dejuan Diamond
Delone Dickson
Derrick Davis
Deshawn Bentley
Devious Rockafella
Diego Sanchez
Domino Star
Drummer Boi

Castro M.L.
P/2

Dustin Pope
Dwayne Jordan
Elmo Carter
Elmo Jackson
Extasy Baby
Flamez
Freakzilla
Gabriel Gomez
Gabriel Grant
Golden Secret
Hoody LaVaye
Hot Rod
Hunter Santiago
Ice King
Isaiah Foxx
Jaiden Inkz
Jarvis Chandler
Jason Tiya
Jay Daniels
Jay sean
Jeno Hunter
Jesse Rabbit
Johnathan Daniels
Johnnyboy
Joker Vasquez
Jordan Jude
Justin Kace
Kannon
KC Long
Keiro Sanders
Keith Kush
Kemancheo
Ken Mariano
Ken Too Fly
Kent Kross
Kentrell Kash
Kevin Banks
Kid Kudi
King Dingo
Kristian Dawawan
Kristopher Delgado
Lamar Love
Leo Lopez
Leon Holt
Leon Lance
Logan Heart
Lojan Reeves
London D
Malcome Tanner
Malice
Malo

Manny Baby
Marco Ashton
Markell
Maseo
Meko Mills
Mendoza Monroe
Micah Andrews
Mike Dixon
Mike Mathews
Mikeal Race
Morgan Manson
Neiko Nolan
Nick Omni
Nick Wild
Ninja Nixon
Noah Shyboy Jackson
Ntice
Nyja Davinci
Papi Caliente
Papi Rico
Phantom
Phat Daddy
Phat Lips
Phoenix Rizing
Pierre Jacobs
PM Dawn
Pnetrator
Prince Breezy
Prince DJ
Prince Junior
Prince Le Beau
Prince Taj
Ralphh Laurin
Rasheed Coles
Rasheed Coles
Raymond Usher
Red King
Reeko Dunn
Remy Mars
Remy Ridge
Rica Zaiciah
Ricco Furtado
Ricky Royal
Rico Polo
Rio Jermahl
Roberto Nica
Rogelio Hernandez
Roger Star
Romeo St. James
Romeo Storm
Ruff Ryder

Saint D
Saukei
Seduction Davenport
Shabazz
Shorty J
Skittlez
Snow Bunni
T.I Da King
Tae The Doug
Taethedoug
Tastee
Theo Rush
TKO
Travis Davis
Troy Moreno
TygaX
Tyler Trenton
Unique One
Usher Richbanks
Valentino
Vishus
Vito Vga
White Bread
Will2k
Xavier Vega
Zy Wilson

**SITES/DOMAINS**
Blatino Award
Blatino Awards
Blatino Awardsz
BlatinoAward
BlatinoAwards
BlatinoAwardz
Coco Dorm
Coco Dorms
Coco Dormz
Coco Store
Coco Stores
Coco Storez
CocoDorm
CocoDorms
CocoDormz
CocoStore
CocoStores
CocoStorez
Flava
Flava Works
Flava Gold
Flava Men
Flava Tube

Flava Tubes
Flava Tubez
Flava Work
Flava Workz
FlavaGold
FlavaMen
Flavas
FlavaTube
FlavaTubes
FlavaTubez
FlavaWork
FlavaWorks
FlavaWorkz
Flavaz
Flavor
Flavor Men
Flavor Work
Flavor Works
Flavor Workz
Mix it up boy
Mix it up boys
Mix it up boyz
Mixitupboy
Mixitupboys
Mixitupboyz
Papi Cock
Papi Cocks
Papi Cockz
PapiCock
PapiCocks
PapiCockz
Raw Rod
Raw Rods
Raw Rodz
RawRod
RawRods
RawRodz
Rock
Rockafella
Rockafellas
Rockafellaz
Thug Boy
Thug Boys
Thug Boyz
Thugboy
Thugboys
Thugboyz
Thugs for Sex
Thugsforsex

**MOVIES/SCENES**
18 to Party, 21 to Swallow
31 Flavas
Addicted to Raw
After School Fuck Sessions
All about the Dick
All about the Dick
Almond Joy
Avalanche!
Baby Boy's Dorm
Bad Boy Detention - F is for Fuck
Bad Boy Detention #4 - Falling Behind
Bad Boy Detention #5 - Teachers Pet
Bad Boy Detention 2 - Bareback Sessions
Bad Boy Detention 3 - Raw Trouble
Banging Backs Out
Banging Backs Out
Bareback Booty Bandits
Bareback Bussy
Bareback Bussy
Bareback Bussy #2: Breed and Bounce
Bareback Dick Down Sessions: Best of Rock Rockafella
Bareback Sessions
Bareback Study Hall (BSH) #1
Bareback Study Hall (BSH) #2: Fundamentals of Fucking
Bareback Study Hall (BSH) #3: Encounters
Bareback Study Hall (BSH) #4: Lessons Learned
Bareback Study Hall (BSH) #5: Cutting Class
Best of Rock Rockafella
Big Black Dick 2: Ouch!
Big Black Dick 3: Third Leg
Big Black Dick 4: Inches of Pain
Big Black Dick 5: No Pain No Gain
Big Raw Dicks on Deck Vol. 1
Big, Black & Bareback
Black Bottom Hunters
Black IN White
Boy Creme
Breed and Bounce
Breed It Raw 2: Bury Da Dick
Breed It Raw 3: Addicted to Raw
Breed it Raw 4: Raw Booty Domination
Breion in the Raw
Breion's Dorm
Bury Da Dick
Bust one in me!
Castro 1: Behind the Photoshoot
Castro 2: The Fuck Video
Castro 3: Reloaded
Certified Dick Layer
Certified Dick Layer
Bareback Dreams M.D.

Chino in the Raw
Chino's Dorm
CocoCunts
CocoDorm Live V1
CocoDorm Live V2
CocoDorm Live V3
CocoDorm Live V4
CocoDorm Live V5
CocoDorm Raw #1
CocoDorm Raw #2: Skeet & Eat
CocoDorm Raw #3: Fucking for Coins
Cody Kyler Presents Pinga Paradise 2 - Rio De Janeiro
Cody Kyler's Pinga Paradise
Cravin BBC!
Cravin Raw Dick
Crazy for Cum
Cream Pie Surprise
Cum Dumps
Cum Filled
Cum Freaks
Cum Hard or Fuck Off
Cutting Class
Dark Nut Rises
Deep Breeding
Dick Addiction
Dick fo Dayz
Dick fo Dayz
Dick in Detention
Dickin Down Deep
Dominant Raw Tops
Dominant Raw Tops #7: Man Milk
Dominant Raw Tops 2: Black Bottom Hunters
Dominant Raw Tops 3: Nut up or Shut up!
Dominant Raw Tops 4: Up in the Guts
Dominant Raw Tops 5: Sloppy Seconds
Dominant Raw Tops 6: Boy Creme
Dominican Dick Destruction
Dominican Heat
Dorm Life 1/2
Dorm Life 10 - The House Next Door
Dorm Life 11 - Revenge of da Nutt
Dorm Life 12 - Dick Addiction
Dorm Life 13 - Skipping Class for Ass
Dorm Life 14 - The Dick Down
Dorm Life 15 - After School Fuck Sessions
Dorm Life 16 - Fucking for Extra Credit
Dorm Life 17 - Dick in Detention
Dorm Life 18 - Cum Hard or Fuck Off
Dorm Life 19 - Night Vision
Dorm Life 20 - Double X
Dorm Life 21 - Legally Crunk

Dorm Life 22 - Easy A
Dorm Life 23 - Fuck the A outta me
Dorm Life 24 - Need for Seed
Dorm Life 25 - Raw Tuition
Dorm Life 3
Dorm Life 4
Dorm Life 5
Dorm Life 6
Dorm Life 7 - Hot & Creamy
Dorm Life 8 - Hotter & Creamier
Dorm Life 9 - Savor the Nutt
Double X
Droppin Loads
DTF (Down to Fuck)
Easy A
F is for Fuck
Feed & Breed
Feed & Breed #4: Flood My Hole
Feed & Breed 2: Cum Freaks
Feed & Breed 3: Urban Freaks
FlavaMen 2015 Calendar - Not a DVD
FlavaMen Freshman Year V1
FlavaMen Freshman Year V2
FlavaMen Junior Year
FlavaMen Senior Year
FlavaMen Sophomore Year V1
FlavaMen Sophomore Year V2
Flood My Hole
Flood That Booty
Freakzilla Bareback Attack
Frosty Lips
Fuck the A outta me
Fuck What You Heard
Fuck What You Heard
Fucking for Coins
Fucking for Extra Credit
Fundamentals of Fucking
Future Bareback Movie
Gangsta Juice
Get Shorty J!
Gettin That Good Dick
Gettin that Nut
Gimmie dat Nut
Harder, Deeper and Wetter
Heavy on the cream
Hittin it Raw
Hood is Good
Hood is Good
Hot & Creamy
Hotter & Creamier
I fucked your White Boyfriend

I fucked your White Boyfriend #2: Cravin BBC!
I fucked your White Boyfriend #3: Whiteboy Smashing!
Inches of Pain
J-Rock the Ass Slayer
Layin Da Pipe
Layin Da Pipe
Legally Crunk
Lick My Nut
Lust in Paradise
Miami Uncut #2, Hot as Hell
Miami Uncut #3, Tropical Dicks
Miami Uncut #4: Sizzle
Miami Uncut #5: Heatwave
Miami Uncut #6: Lust in Paradise
Miami Uncut, Papicock Presents
Milk these Walls
MixItUpBoy V1
MixItUpBoy V2
Mixxxed Nuts
Mixxxed Nuts #2: Taste the Crunch
Mixxxed Nuts #3: Almond Joy
Mixxxed Nuts #4: Nuts by the Pound
Mixxxed Nuts #5: Sweet, Salty & Sticky
Mixxxed Nuts #6: Nut Explosions
Mixxxed Nuts #7: Dark Nut Rises
Mixxxed Nuts #8: CocoNuts
Need for Seed
New Nuts On the Block
New Nuts On the Block Vol. 2
New Nuts On The Block Vol. 3
Nightmare on Elmo Street
No Pain No Gain
Nut Explosions
Nut up or Shut up!
Nuts by the Pound
Olatin V1
One Night with the Prince
Orgy Fuckers
Orgy Fuckers #3: Droppin Loads
Orgy Fuckers #4:
Orgy Fuckers 2: Raw n Juicy
Ouch!
Patrick: Behind the Photoshoot
Platinum: Behind the Photoshoot
Playas in Action
Playas in Action
Pound for Pound
Prince Junior's Dorm
Pump n Go
Raw & Nasty
Raw & Nasty 2: Milk these Walls

Raw & Nasty 3: Gimmie dat Nut
Raw & Nasty 4: Bust one in me!
Raw & Nasty 5: Cum Filled
Raw & Nasty 6: Cream Pie Surprise
Raw & Nasty 7: Cum Dumps
Raw Ass Pounders
Raw Ass Pounders 2: Deep Breeding
Raw Ass Pounders 3: Bareback Dreams
Raw Beat Down
Raw Booty Domination
Raw Cum Dumpsters
Raw Cum Dumpsters #4: Boi Pussy
Raw Cum Dumpsters 2 - Lick My Nut
Raw Cum Dumpsters 3: Breeding Party
Raw Dickin It #1
Raw Dickin It #2: Cravin Raw Dick
Raw Dickin It #3: Harder, Deeper and Wetter
Raw Dickin It #4: Wet Booties and Hard Dicks
Raw Dickin It #5: That Country Dick
Raw Dickin It #6: Hardcore Fuckers
Raw Intentions
Raw Mix Up
Raw Mix Up 5: Make it Wet
Raw Mix Up Vol. 2: Unforgettable Fuckin
Raw Mix Up Vol. 3: Pound for Pound
Raw Mix Up Vol. 4: Gettin That Good Dick
Raw n Juicy
Raw Playaz
Raw Rods #1
Raw Rods #10: Super Slayers
Raw Rods #11: Direct Deposit
Raw Rods #12: Freak Sessions
Raw Rods #13: Breeding Sessions
Raw Rods #14: Impregnators
Raw Rods #15
Raw Rods #2: Gangsta Juice
Raw Rods #3: Gettin that Nut
Raw Rods #4: Raw Beat Down
Raw Rods #5: Deep Impact
Raw Rods #6: Crazy for Cum
Raw Rods #7: Take it in the Guts
Raw Rods #8: Flood That Booty
Raw Rods #9: Heavy on the cream
Raw Thugs #4: Raw Playaz
Raw Thugs V1
Raw Thugs V2
Raw Thugs V3: Hittin it Raw
Raw Thugs V5: Top Breeders
Raw Trouble
Raw Tuition
Revenge of da Nutt

Rio Uncut V1
Rio Uncut V2
Rockafellaz 2: Through the Eyez of A Gangsta
Rockafellaz 3: Shut Up and Fuck
Rockafellaz: The Original Gangstas of Porn
Romeo Must Ride
Running from the Dick
Santo Domingo Uncut #1
Santo Domingo Uncut #2
Santo Domingo Uncut #3: Dominican Dick Destruction
Santo Domingo Uncut #4 - Dominican Heat
Saukei 2 You
Savor the Nutt
Servin It Up Raw
Shut Up and Fuck
Skeet & Eat
Skipping Class for Ass
Smoke & Fuck
Snow Ballerz
Snow Ballerz V2
Snow Ballerz V3: Avalanche!
Snow Ballerz V4: 18 to Party, 21 to Swallow
Snow Ballerz V5: Frosty Lips
Star Struck!
Swaggers
Swaggers #2: Dickin Down Deep
Swaggers #3: DTF (Down to Fuck)
Swaggers #4: Smoke & Fuck
Sweet, Salty & Sticky
Take it in the Guts
Taste the Crunch
That Country Dick
That Good Dick: Tyson
The Dick Down
The House Next Door
The Original Gangstas of Porn
Through the Eyez of A Gangsta
Thug Mansion: Breion Diamond's Crib
Thug Mansion: Smooth's Crib
Thugged Out
Top Breeders
Tropical Dicks
Unforgettable Fuckin
Up in the Guts
Urban Freaks
Wet Booties and Hard Dicks
White Ass Punishers
White Ass Punishers 2: Face Down Ass up
Whiteboy Smashing!
World of Flava: Paris
You want the Pipe

You want the Pipe?

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc.,      )
     )
     Plaintiff, Counter-Defendant      )
     )
     )     Case No. 1:10-cv-06517
     )
     v.      )
     )
Marques Rondale Gunter      )
d/b/a myVidster.com, et al.,      )
     )
     Defendants, Counter-Plaintiffs.      )

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, Counter-Defendant, Flava Works, Inc. and Defendants, Counter-Plaintiffs, Marques Rondale Gunter d/b/a myVidster.com and SalsaIndy, LLC, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims and counterclaims against each other are dismissed with prejudice forty-five (45) days from the filing date of this Stipulation of Dismissal, with each party bearing its own fees and costs.

Respectfully submitted,

/s/ Juneitha Shambee
Juneitha Shambee
Shambee Law Office
P.O. Box 91
Evanston, IL 60204-0091

/s/ Kevin C. May
Kevin C. May
Gregory J. Leighton
Jessica E. Cohen
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
(312) 269-8000

**ATTORNEY FOR
PLAINTIFF/COUNTERCLAIM-
DEFENDANT**

**ATTORNEYS FOR
DEFENDANTS/COUNTERCLAIM-
PLAINTIFFS**