# EXHIBIT B

EXHIBIT B: List of Flava Works, Inc.'s Registered Copyrights

| Name | Full Title | Copyright Number | Date |
|---|---|---|---|
| Flava Works, Inc. | Flava Works Video Edits Fall 2012. | PA0001830766 | 2012 |
| Flava Works, Inc. | Bad Boy Detention 2 - Bareback Sessions. | PA0001804965 | 2012 |
| Flava Works, Inc. | Bad Boy Detention 3 - Raw Trouble. | PA0001861010 | 2013 |
| Flava Works, Inc. | Bad Boy Detention : F is for Fuck. | PA0001797213 | 2012 |
| Flava Works, Inc. | BAREBACK BOOTY BANDITS. | PA0001917774 | 2012 |
| Flava Works, Inc. | BAREBACK BOOTY BANDITS. | PA0001832507 | 2012 |
| Flava Works, Inc. | BIG BLACK & BAREBACK. | PA0001788831 | 2011 |
| Flava Works, Inc. | Big Black Dick. | PA0001748153 | 2011 |
| Flava Works, Inc. | Big Black Dick 2: Ouch! | PA0001802985 | 2011 |
| Flava Works, Inc. | Big Black Dick 3: Third Leg. | PA0001804964 | 2012 |
| Flava Works, Inc. | Big Black Dick 3: Third Leg. | PA0001797171 | 2012 |
| Flava Works, Inc. | Big Black Dick 4: Inches of Pain. | PA0001861008 | 2013 |
| Flava Works, Inc. | BLACK IN WHITE. | PA0001841887 | 2012 |
| Flava Works, Inc. | BLACK IN WHITE #2 INTERRACIAL BAREBACK. | PA0001993086 | 2016 |
| Flava Works, Inc. | Chino in the Raw. | PA0001668277 | 2009 |
| Flava Works, Inc. | Cocoboyz.com 2010. | VA0001861560 | 2010 |
| Flava Works, Inc. | Cocodorm.com 2010. | VA0001861558 | 2010 |
| Flava Works, Inc. | Cody Kyler's Pinga Paradise. | PA0001668281 | 2009 |
| Flava Works, Inc. | CODY KYLER'S PINGA PARADISE #2. | PA0001737150 | 2010 |
| Flava Works, Inc. | Dominant Raw Tops. | PA0001748151 | 2011 |
| Flava Works, Inc. | DOMINANT RAW TOPS #4:Up in the Guts! | PA0001841878 | 2013 |
| Flava Works, Inc. | Dominant Raw Tops 3: Nut up or Shut up! | PA0001803007 | 2012 |
| Flava Works, Inc. | Dominant Raw Tops 3: Nut up or Shut up! | PA0001804962 | 2012 |
| Flava Works, Inc. | Dorm Life 12 - Dick Addiction. | PA0001764960 | 2008 |
| Flava Works, Inc. | Dorm Life 12 : Dick Addiction. | PA0001635732 | 2008 |
| Flava Works, Inc. | Dorm Life 13 - Skipping Class for Ass. | PA0001764946 | 2008 |
| Flava Works, Inc. | Dorm Life 14 - The Dick Down. | PA0001668240 | 2009 |
| Flava Works, Inc. | Dorm Life 15 - After School Fuck Sessions. | PA0001668343 | 2009 |
| Flava Works, Inc. | Dorm Life 16 : Fucking For Extra Credit. | PA0001666879 | 2009 |
| Flava Works, Inc. | Dorm Life 17 : Dick in Detention. | PA0001666861 | 2009 |
| Flava Works, Inc. | Dorm Life 18:, Cum Hard or Fuck Off. | PA0001666875 | 2009 |
| Flava Works, Inc. | Dorm Life 19 - Night Vision. | PA0001697763 | 2010 |
| Flava Works, Inc. | DORM LIFE 20 - Double X. | PA0001789152 | 2010 |
| Flava Works, Inc. | DORM LIFE 21 - Legally Crunk. | PA0001789158 | 2011 |
| Flava Works, Inc. | Dorm Life 22 - Easy A. | PA0001802911 | 2012 |
| Flava Works, Inc. | Dorm Life 23 - Fuck the A outta me. | PA0001797241 | 2012 |
| Flava Works, Inc. | DORM LIFE 5. | PA0001862670 | 2005 |
| Flava Works, Inc. | DORM LIFE V24: NEED FOR SEED. | PA0001863017 | 2013 |
| Flava Works, Inc. | DORM LIFE V25: RAW TUITION. | PA0001917773 | 2013 |
| Flava Works, Inc. | DORM LIFE Vol.20: Double X. | PA0001737155 | 2010 |
| Flava Works, Inc. | Dorm Life X : The House Next Door. | PA0001635777 | 2008 |
| Flava Works, Inc. | Dorm Life XI : Revenge of da Nutt. | PA0001635734 | 2008 |
| Flava Works, Inc. | Flava Works Video Edits Jan-June, 2011. | PA0001779325 | 2011 |
| Flava Works, Inc. | Flava Works Video Edits Sept-Oct, 2011. | PA0001779324 | 2011 |
| Flava Works, Inc. | Flava Works Video Edits Spring 2012. | PA0001828190 | 2012 |
| Flava Works, Inc. | Flava Works Video Edits Summer 2012. | PA0001820337 | 2012 |
| Flava Works, Inc. | Flava Works Website Edits 2009. | VA0001760400 | 2010 |
| Flava Works, Inc. | FlavaLife : Black & Latino gay travel & entertainment guide. | CSN0148498 | 2006 |
| Flava Works, Inc. | FlavaLife : Black & Latino gay travel & entertainment guide. | CSN0148498 | 2005 |
| Flava Works, Inc. | FlavaMen.com 2010. | VA0001861561 | 2010 |

| Flava Works, Inc. | FlavaMen freshman year : no. 1-2. | PA0001315877 | 2006 |
| Flava Works, Inc. | FlavaMen Junior Year. | PA0001668262 | 2009 |
| Flava Works, Inc. | FlavaMen Junior Year. | PA0001769140 | 2008 |
| Flava Works, Inc. | Flavamen Magazine. [Published: 2005-01-01. Issue: vol. 1, no. 1, Winter 2004] | TX0007527922 | 2005 |
| Flava Works, Inc. | Flavamen Magazine. [Published: 2005-03-01. Issue: vol. 1, no. 2, Spring 2005] | TX0007527918 | 2005 |
| Flava Works, Inc. | Flavamen Magazine. [Published: 2005-06-01. Issue: vol. 1, no. 3, Summer 2005] | TX0007527917 | 2005 |
| Flava Works, Inc. | Flavamen Magazine. [Published: 2005-09-01. Issue: vol. 1, no. 4, Fall 2005] | TX0007527914 | 2005 |
| Flava Works, Inc. | Flavamen Magazine. [Published: 2005-12-01. Issue: vol. 1, no. 5, Winter 2005] | TX0007527910 | 2005 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-01-01. Issue: vol. 2, no. 1, Winter 2006] | TX0007319965 | 2006 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-04-01. Issue: vol. 2, no. 2, Spring 2006] | TX0007319952 | 2006 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-07-01. Issue: vol. 2, no. 3, Summer 2006] | TX0007319950 | 2006 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-11-01. Issue: vol. 2, no. 4, Fall 2006] | TX0007319946 | 2006 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2007-04-01. Issue: vol. 3, no. 2, Spring 2007] | TX0007323094 | 2007 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2007-07-01. Issue: vol. 3, no. 3, Summer 2007] | TX0007319957 | 2007 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2007-11-01. Issue: vol. 3, no. 4, Fall 2007] | TX0007319954 | 2007 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 4, no. 1, Winter 2008] | TX0007319961 | 2008 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 6, no. 1, Spring 2010] | TX0007180442 | 2008 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 6, no. 1, Spring 2010] | TX0007220990 | 2008 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 6, no. 2, Summer 2010] | TX0007220991 | 2008 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-05-01. Issue: vol. 4, no. 2, Spring 2008] | TX0007319960 | 2008 |
| Flava Works, Inc. | Flavamen Magazine. [Published: 2008-06-01. Issue: vol. 4, no. 2, Summer 2008] | TX0007527909 | 2008 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-11-01. Issue: vol. 4, no. 4, Fall 2008] | TX0007319958 | 2008 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-01-01. Issue: vol. 5, no. 1, Winter 2009] | TX0007145778 | 2009 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-04-01. Issue: vol. 5, no. 1, Spring 2009] | TX0007145781 | 2009 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-07-01. Issue: vol. 5, no. 2, Summer 2009] | TX0007145771 | 2009 |
| Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-12-01. Issue: vol. 5, no. 3, Fall 2009] | TX0007145774 | 2009 |
| Flava Works, Inc. | Flavamen Magazine. [Published: 2010-09-01. Issue: vol. 6, no. 3, Fall 2010] | TX0007527923 | 2010 |
| Flava Works, Inc. | Flavamen Magazine. [Published: 2012-03-01. Issue: vol. 8, no. 1, Spring/Summer 2012] | TX0007527920 | 2012 |
| Flava Works, Inc. | FlavaMen Senior Year. | PA0001668012 | 2009 |
| Flava Works, Inc. | FLAVAMEN X-RATED 2010 CALENDAR. [Published: 2009-10-01. Issue: 2010] | TX0007319942 | 2009 |
| Flava Works, Inc. | I FUCKED YOUR WHITE BOYFRIEND. | PA0001822515 | 2012 |
| Flava Works, Inc. | J-Rock the Ass Slayer. | PA0001764942 | 2008 |
| Flava Works, Inc. | Miami Uncut #2, Hot as Hell, Papicock Presents. | PA0001764940 | 2011 |
| Flava Works, Inc. | Miami Uncut #3, Tropical Dicks, PapiCock Presents. | PA0001748155 | 2011 |
| Flava Works, Inc. | MIAMI UNCUT #6: Lust in Paradise. | PA0001993082 | 2015 |
| Flava Works, Inc. | Miami Uncut, Papicock Presents. | PA0001691638 | 2010 |
| Flava Works, Inc. | MIAMI UNCUT#2: Hot as Hell : Papicock Presents. | PA0001737154 | 2010 |
| Flava Works, Inc. | MIAMI UNCUT#4: Sizzle. | PA0001863010 | 2013 |
| Flava Works, Inc. | MIAMI UNCUT#5: Heatwave. | PA0001917804 | 2013 |
| Flava Works, Inc. | Mixxxed Nuts. | PA0001668231 | 2009 |
| Flava Works, Inc. | Mixxxed Nuts #2: Taste the Crunch. | PA0001687480 | 2010 |
| Flava Works, Inc. | Mixxxed Nuts #3: Almond Joy. | PA0001748164 | 2011 |
| Flava Works, Inc. | Mixxxed Nuts #4: Nuts by the Pound. | PA0001748148 | 2011 |
| Flava Works, Inc. | Mixxxed Nuts #5: Sweet, Salty & Sticky. | PA0001802909 | 2012 |
| Flava Works, Inc. | MIXXXED NUTS #6: Nut Explosions. | PA0001789154 | 2012 |
| Flava Works, Inc. | MIXXXED NUTS #7: Dark Nut Rises. | PA0001841880 | 2012 |
| Flava Works, Inc. | MIXXXED NUTS #7: Dark Nut Rises. | PA0001822516 | 2012 |
| Flava Works, Inc. | MIXXXED NUTS #8: COCONUTS. | PA0001861002 | 2013 |
| Flava Works, Inc. | Nightmare on Elmo Street. | PA0001668011 | 2009 |
| Flava Works, Inc. | ORGY FUCKERS #1. | PA0001789151 | 2012 |
| Flava Works, Inc. | ORGY FUCKERS #2: Raw n Juicy. | PA0001917812 | 2013 |
| Flava Works, Inc. | Papicock.com 2010. | VA0001837591 | 2010 |

| | | | |
|---|---|---|---|
| Flava Works, Inc. | Raw & Nasty 3: Gimmie dat Nut. | PA0001772428 | 2011 |
| Flava Works, Inc. | Raw & Nasty 4: Bust one in me! | PA0001804963 | 2012 |
| Flava Works, Inc. | RAW AND NASTY #1. | PA0001737157 | 2010 |
| Flava Works, Inc. | RAW AND NASTY #2: Milk These Walls. | PA0001737156 | 2010 |
| Flava Works, Inc. | RAW AND NASTY 5: Cum Filled. | PA0001841890 | 2013 |
| Flava Works, Inc. | RAW ASS POUNDERS #1. | PA0001822522 | 2012 |
| Flava Works, Inc. | RAW ASS POUNDERS #2: DEEP BREEDING. | PA0001841889 | 2013 |
| Flava Works, Inc. | RAW ASS POUNDERS #3: BAREBACK DREAMS. | PA0001917810 | 2014 |
| Flava Works, Inc. | RAW CUM DUMPSTERS #1. | PA0001802967 | 2012 |
| Flava Works, Inc. | RAW CUM DUMPSTERS #2: Lick My Nut. | PA0001841874 | 2012 |
| Flava Works, Inc. | RAW CUM DUMPSTERS #3: Breeding Party. | PA0001863016 | 2013 |
| Flava Works, Inc. | Raw Rods #10: Super Slayers. | PA0001803004 | 2011 |
| Flava Works, Inc. | Raw Rods #11: : Direct Deposit. | PA0001797237 | 2012 |
| Flava Works, Inc. | RAW RODS #12: Freak Sessions. | PA0001841884 | 2013 |
| Flava Works, Inc. | RAW RODS #13: Breeding Sessions. | PA0001917818 | 2012 |
| Flava Works, Inc. | Raw Rods #2: Gangsta Juice. | PA0001668271 | 2009 |
| Flava Works, Inc. | Raw Rods #3: Gettin that Nut. | PA0001668236 | 2009 |
| Flava Works, Inc. | Raw Rods #4: Raw Beat Down. | PA0001677124 | 2009 |
| Flava Works, Inc. | Raw Rods #4: Raw Beat Down. | PA0001728043 | 2009 |
| Flava Works, Inc. | Raw Rods #5: Deep Impact. | PA0001677123 | 2009 |
| Flava Works, Inc. | Raw Rods #5: Deep Impact. | PA0001728038 | 2009 |
| Flava Works, Inc. | Raw Rods #6: Crazy for Cum. | PA0001691644 | 2010 |
| Flava Works, Inc. | RAW RODS #7: TAKE IT IN THE GUTS. | PA0001736926 | 2010 |
| Flava Works, Inc. | Raw Rods #8: Flood That Booty. | PA0001748166 | 2011 |
| Flava Works, Inc. | Raw Rods #9: Heavy on the cream. | PA0001748142 | 2011 |
| Flava Works, Inc. | Raw Rods 1. | PA0001668266 | 2009 |
| Flava Works, Inc. | RAW THUGS #4: RAW PLAYAZ. | PA0001861001 | 2013 |
| Flava Works, Inc. | Raw thugs : no. 2. | PA0001316802 | 2005 |
| Flava Works, Inc. | Raw thugs : no. 3. | PA0001315909 | 2005 |
| Flava Works, Inc. | RawRods.com 2010. | VA0001792407 | 2010 |
| Flava Works, Inc. | Santo Domingo Uncut #1. | PA0001764949 | 2008 |
| Flava Works, Inc. | SANTO DOMINGO UNCUT #2. | PA0001788830 | 2008 |
| Flava Works, Inc. | Santo Domingo Uncut #3: Dominican Dick Destruction. | PA0001691631 | 2010 |
| Flava Works, Inc. | SANTO DOMINGO UNCUT #4: Dominican Heat. | PA0001789159 | 2010 |
| Flava Works, Inc. | SANTO DOMINGO UNCUT #4: Dominican Heat. | PA0001737152 | 2010 |
| Flava Works, Inc. | Saukei 2 You. | PA0001764951 | 2008 |
| Flava Works, Inc. | Snow Ballerz. | PA0001635771 | 2008 |
| Flava Works, Inc. | SNOW BALLERZ #5: Frosty Lips. | PA0001802981 | 2012 |
| Flava Works, Inc. | Snow Ballerz III: Avalanche! | PA0001668232 | 2009 |
| Flava Works, Inc. | Snow Ballerz Two. | PA0001668265 | 2009 |
| Flava Works, Inc. | SNOW BALLERZ V1. | PA0001789153 | 2008 |
| Flava Works, Inc. | Snow Ballerz V4: 18 to Party, 21 to Swallow. | PA0001691647 | 2010 |
| Flava Works, Inc. | Star Struck! | PA0001748139 | 2011 |
| Flava Works, Inc. | Swaggers. | PA0001668235 | 2009 |
| Flava Works, Inc. | SWAGGERS #2: Dickin Down Deep. | PA0001789156 | 2010 |
| Flava Works, Inc. | SWAGGERS #2: Dickin Down Deep. | PA0001737151 | 2010 |
| Flava Works, Inc. | Swaggers #3: DTF (Down to Fuck) | PA0001802983 | 2012 |
| Flava Works, Inc. | SWAGGERS #4: Smoke & Fuck. | PA0001917815 | 2013 |
| Flava Works, Inc. | That Good Dick: Tyson. | PA0001691645 | 2010 |
| Flava Works, Inc. | Thug Mansion: Breion Diamond's Crib. | PA0001764959 | 2008 |
| Flava Works, Inc. | Thug Mansion, Breion Diamond's Crib. | PA0001635924 | 2008 |
| Flava Works, Inc. | Thug Mansion, Smooth's Crib. | PA0001635768 | 2008 |

| | | | |
|---|---|---|---|
| Flava Works, Inc. | Thugboy 9 - All about the Dick. | PA0001701364 | 2010 |
| Flava Works, Inc. | Thugboy.com 2010. | VA0001837588 | 2010 |
| Flava Works, Inc. | Thugboy V11 - Running from the Dick. | PA0001748147 | 2011 |
| Flava Works, Inc. | Thugboy V12 - Banging Backs Out. | PA0001797238 | 2012 |
| Flava Works, Inc. | Thugboy V6 - Playas in Action. | PA0001782056 | 2010 |
| Flava Works, Inc. | THUGBOY Vol.10: Hood is Good. | PA0001737149 | 2010 |
| Flava Works, Inc. | ThugBoy Vol 2 : Errbody Wanna Thug. | PA0001635772 | 2008 |
| Flava Works, Inc. | ThugBoy Vol 3 : Layin da Pipe. | PA0001635916 | 2008 |
| Flava Works, Inc. | ThugBoy Vol 4 : Thugged Out. | PA0001635774 | 2008 |
| Flava Works, Inc. | THUGBOY Vol.7:Built To Fuck. | PA0001737153 | 2010 |
| Flava Works, Inc. | Thugboy Vol. 8 Fuck What You Heard. | PA0001668238 | 2009 |
| Flava Works, Inc. | ThugsForSex.com 2010. | VA0001742514 | 2010 |
| Flava Works, Inc. | WHITE ASS PUNISHERS. | PA0001841894 | 2013 |
| Flava Works, Inc. | WHITE ASS PUNISHERS #2: FACE DOWN ASS UP. | PA0001917813 | 2013 |
| Flava Works, Inc. | World of Flava: Paris. | PA0001668278 | 2009 |