**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Flava Works, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 1:17-cv-01171 |
| ) | |
| v ) | Judge Samuel Der-Yeghiayan |
| ) | |
| **Marques Rondale Gunter d/b/a** ) | |
| **myVidster.com, Salsaindy, LLC, d/b/a** ) | |
| **myVidster.com,** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendants.** ) | |

## FLAVA WORKS, INC'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff, Flava Works, Inc., states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock. Pursuant to Local Rule ("LR") 3.2, Plaintiff, Flava Works, Inc., states that it has no publicly held affiliates.

Dated: February 16, 2017                                             Respectfully Submitted,

                                                                                         ____/s/ Adam S. Tracy_____

Adam S. Tracy
Nathan Larsen
The Tracy Firm, LTD.
2100 Manchester Rd. Suite 615
Wheaton, IL 60187
(888) 611-7716 Tel.
(630) 689-9471 Fax.
Atty No. 6290008
Attorneys for Plaintiff, Flava Works, Inc.

## **NOTICE OF FILING**

I, Adam S. Tracy, an attorney, hereby certify that I filed Flava Works, Inc's Corporate Disclosure Statement and Notification of Affiliates via the Pacer/ECF system on this 16th day of February, 2017.

    /s/ Adam S. Tracy