# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Flava Works, Inc

                                  Plaintiff,

v.                                                      Case No.: 1:17–cv–01171
                                                          Honorable Samuel Der–Yeghiayan

Marques Rondale Gunter, et al.

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 5, 2017:

       MINUTE entry before the Honorable Samuel Der–Yeghiayan: Docket reflects Defendants' responsive pleadings to Plaintiff's complaint are due by 04/21/17. Initial status hearing reset to 04/27/17 at 9:00 a.m. Status hearing set for 04/13/17 is stricken. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.