IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Flava Works, Inc.,** ) | |
| ) | **Case No.: 1:17-cv-01171** |
| **Plaintiff,** ) | **Honorable Samuel Der-Yeghiayan** |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Marques Rondale Gunter d/b/a** ) | |
| **myVidster.com, SalsaIndy, LLC, d/b/a** ) | |
| **myVidster.com,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT JURISDICTIONAL STATUS REPORT

Plaintiff, Flava Works, Inc. ("Flava"), by and through its attorneys at The Tracy Law Firm, and Defendants Marques Rondale Gunter d/b/a myVidster.com, SalsaIndy, LLC, d/b/a myVidster.com (collectively, "myVidster"), by and through their attorneys at Neal, Gerber, & Eisenberg LLP, hereby submit this Joint Jurisdictional Status Report, and state as follows:

I.  Subject Matter Jurisdiction

The Court's subject matter jurisdiction over this case is based on federal question jurisdiction and supplemental jurisdiction. The bulk of Plaintiff's claims arise under the federal statutory laws governing intellectual property rights in copyrights and trademarks, as well as the federal common law of unfair competition. State law claims for breach of the 2015 Settlement Agreement between the parties and violations of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS §§ 510/1 et. seq.) are properly before the Court pursuant to 28 U.S. Code § 1367 because those claims are so related to the federal question claims that they form part of the same case or controversy.

II. Venue (*Plaintiff's Position Only*)

Flava's principal place of business is within the Northern District of Illinois and it is incorporated in Illinois (Complaint ¶9). Among other things, the Complaint alleges that MyVidster and certain of its users are infringing Flava's registered and common law copyrights and trademarks. Accordingly, venue is proper pursuant to 28 U.S.C. § 1391(a), (b), and (c), because a substantial part of the acts or omissions giving rise to Plaintiff's claims occurred in this District and/or a substantial part of property that is the subject of the action is situated here. Furthermore, MyVidster acquiesced to the jurisdiction of the courts in Illinois with respect to any dispute involving the 2015 Settlement Agreement. (*See* Complaint ¶8; Exhibit A to the Complaint ¶14.) Because MyVidster is operated out of either Texas or Indiana, there is no other district in Illinois that would be a more suitable venue for the defendants.

Dated: April 21, 2016

Respectfully Submitted:

**PLAINTIFF,** FLAVA WORKS, INC.,

By:___/s/Adam S. Tracy_____

Adam S. Tracy
Nathan Larsen (Atty No. 6290008)
The Tracy Firm, LTD.
2100 Manchester Rd. Suite 615
Wheaton, IL 60187
(888) 611-7716 Tel.
(630) 689-9471 Fax.

**DEFENDANTS,** MARQUES RONDALE GUNTER D/B/A MYVIDSTER.COM, SALSAINDY, LLC, D/B/A MYVIDSTER.COM,

By: /s/Gregory J. Leighton

Gregory J. Leighton
Kevin C. May
Andrew S. Fraker
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois  60602
312.269.8000