**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
|        Plaintiff, | ) |
| v. | ) |
| | )   Case No. 1:17-cv-01171 |
| Marques Rondale Gunter | ) |
| d/b/a myVidster.com, SalsaIndy, LLC, d/b/a | ) |
| myVidster.com, | ) |
| | ) |
|        Defendants. | ) |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Marques Rondale Gunter d/b/a myVidster.com and SalsaIndy, LLC, d/b/a myVidester.com (collectively "SalsaIndy") hereby move to dismiss Plaintiff Flava Works, Inc.'s Complaint on the ground that Plaintiff has failed to state a claim upon which relief can be granted.

As a threshold matter, Plaintiff does not allege infringement of any specific copyrighted works. This alone renders Plaintiff's copyright claims insufficient as a matter of law because it fails to put SalsaIndy on adequate notice of the basis for Plaintiff's claims. In addition, Plaintiff fails to allege particular facts critical to each of its claims. Plaintiff's direct copyright infringement claim fails because Plaintiff does not and cannot allege that SalsaIndy copied Plaintiff's protected works or otherwise engaged in volitional acts to bring about the alleged infringement. Plaintiff's claims for secondary copyright liability also fail because Plaintiff does not and cannot allege facts to indicate that SalsaIndy materially contributed to the allegedly infringing acts, had the specific intent that SalsaIndy's services be used to infringe, or had the right and ability to control the allegedly infringing content and received a direct financial benefit from that content. Plaintiff's claim for breach of contract fails because the Complaint contains

merely a single conclusory allegation of damages without any factual support whatsoever. Finally, all of Plaintiff's trademark claims, which include (i) federal trademark infringement and unfair competition, (ii) common law unfair competition, and (iii) violation of the Illinois Deceptive Trade Practices Act, are deficient because Plaintiff fails to allege that SalsaIndy used Plaintiff's protected marks in commerce. In sum, as set forth in the accompanying Memorandum, Plaintiff's Complaint fails to put SalsaIndy on notice of a single claim upon which relief can be granted and should be dismissed.

WHEREFORE, for the foregoing reasons, SalsaIndy respectfully requests that the Court grant Defendants' Motion to Dismiss Plaintiff's Complaint.

Respectfully submitted,

Date: April 21, 2017   /s/Gregory J. Leighton_____
    One of the Attorneys for Defendants,
    Marques Rondale Gunter and SalsaIndy, LLC

Gregory J. Leighton
Kevin C. May
Andrew S. Fraker
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois 60602
312.269.8000

## **CERTIFICATE OF SERVICE**

I, Gregory J. Leighton, an attorney, state that I caused a copy of the foregoing Defendants' Motion to Dismiss Plaintiff's Complaint, to be served upon the following counsel of record via the Court's ECF system on April 21, 2017:

> Adam S. Tracy
> Nathan Larsen
> The Tracy Firm, Ltd.
> 2100 Manchester Road, Suite 615
> Wheaton, IL 60187

     /s/Gregory Leighton
     Gregory J. Leighton

26145263.1