**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Flava Works, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 1:17-cv-01171 |
| Marques Rondale Gunter ) | |
| d/b/a myVidster.com, SalsaIndy, LLC, d/b/a ) | |
| myVidster.com, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that on Thursday, April 27, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Judge Samuel Der-Yeghiayan in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendants' Motion to Dismiss Plaintiff's Complaint.

Respectfully submitted,

Date: April 21, 2017        /s/Gregory J. Leighton_____
            One of the Attorneys for Defendants,
            Marques Rondale Gunter and SalsaIndy, LLC

Gregory J. Leighton
Kevin C. May
Andrew S. Fraker
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois 60602
312.269.8000

2

## **CERTIFICATE OF SERVICE**

I, Gregory J. Leighton, an attorney, state that I caused a copy of the foregoing Notice of Defendants' Motion to Dismiss Plaintiff's Complaint, to be served upon the following counsel of record via the Court's ECF system on April 21, 2017:

>Adam S. Tracy
>Nathan Larsen
>The Tracy Firm, Ltd.
>2100 Manchester Road, Suite 615
>Wheaton, IL 60187

>　/s/Gregory Leighton
>Gregory J. Leighton

26167667.1