## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Flava Works, Inc. v. Marques Rondale Gunter, et al.

Case Number: 1:17-CV-01171

An appearance is hereby filed by the undersigned as attorney for:

Flav Works, Inc.

Attorney name (type or print): Nathan Drew Larsen ("Drew")

Firm: The Tracy Firm, Ltd.

Street address: 2100 Manchester Road Suite 615

City/State/Zip: Wheaton, IL 60187

Bar ID Number: 6290008
(See item 3 in instructions)

Telephone Number: 630-294-0809

Email Address: nl@ibankattorneys.com

** Attorney Larsen is a transgendered woman in the middle of medical transition. She will state her appearance as "Drew Larsen" and respectfully requests that the Court accept her appearance as same.

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/26/2017

Attorney signature: S/ Nathan Drew Larsen

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015