

# United States District Court
# Northern District of Illinois

In the Matter of

Flava Works, Inc.

v.

Marques Rondale Gunter, et al.

District Judge Robert W. Gettleman

Case No. 17-CV-1171

Designated Magistrate Judge
Jeffrey Cole

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge Robert W. Gettleman. The reason for my recommendation are indicated on the reverse of this form.

**Judge Samuel Der-Yeghiayan**

Date: Thursday, June 22, 2017

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Robert W. Gettleman.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated:Thursday, June 22, 2017

District Reassignment - Named Judge

## Reason(s) For Recommendation:

- 40.3(b)(2) This case appears to involve the same parties and subject matter as case number 10 C 6517 assigned to the calendar of Judge Robert W. Gettleman and dismissed prior to the filing of this case.

EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge