# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:17-cv-01171 |
| v. ) | |
| ) | |
| MARGUES RONDALE GUNTER, et al. ) | Hon. Judge Gettleman |
| ) | |
| Defendant ) | |
| ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **April 3, 2018**, at **9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert W. Gettleman of the United States Bankruptcy Court For The Northern District Of Illinois, Eastern Division, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, in courtroom 680 and then and there present **E. Drew Larsen's Motion For Leave To Withdraw Appearance of Counsel**, a copy of which is attached hereto and hereby served upon you.

Dated: March 22, 2018

By:  /s/  *E. Drew Larsen*

E. Drew Larsen
(ARDC No. 6290008)
208 N. Park Blvd.
Glen Ellyn, IL 60137
Telephone: (630) 294-0809
drewlarsen101@gmail.com

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:17-cv-01171 |
| v. ) | |
| ) | |
| MARGUES RONDALE GUNTER, et al. ) | Hon. Judge Gettleman |
| ) | |
| Defendant ) | |
| ) | |

### E. DREW LARSEN'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

E. Drew Larsen ("Larsen") states the following as her motion for leave to withdraw her appearance of counsel for Flava Works Inc. ("Flava") ("Motion"):

1. On February 02, 2014, Flava filed its Complaint against the defendants in this case.

2. E. Drew Larsen is no longer employed with The Tracy Firm, Ltd. and she respectfully requests this Court grant leave to withdraw her appearance as Flava's counsel in this case.

3. Flava will not be prejudiced by the withdrawal of Ms. Larsen, because Adam S. Tracy of The Tracy Firm, Ltd. continues to represent CBSG in this matter.

4. The withdrawal of Ms. Larsen from the docket will not cause any undue delay or prejudice any party to this proceeding.

5. Ms. Larsen requests that she be removed from all service lists and from CM/ECF noticing.

WHEREFORE, E. Drew Larsen respectfully requests the entry of an order withdrawing her appearance for Flava in the above-captioned case and for such other relief as this Court deems just.

Dated: March 22, 2018

By: /s/ *E. Drew Larsen*

E. Drew Larsen
(ARDC No. 6290008)
208 N. Park Blvd.
Glen Ellyn, IL 60137
Telephone: (630) 294-0809
drewlarsen101@gmail.com

# CERTIFICATE OF SERVICE

I, Eris D. Larsen, hereby certify that on **March 22, 2018**, a true and correct copy of **E. Drew Larsen's Motion For Leave To Withdraw Appearance of Counsel** was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties by operation of the Court's Electronic Filing System.

                                               */s/ E. Drew Larsen*