# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:17-cv-01171 |
| v. ) | |
| ) | |
| MARGUES RONDALE GUNTER, et al. ) | Hon. Judge Gettleman |
| ) | |
| Defendant ) | |
| ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **April 11, 2018**, at **9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert W. Gettleman of the United States District Court For The Northern District Of Illinois, Eastern Division, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, in courtroom 1703 and then and there present **E. Drew Larsen's Motion For Leave To Withdraw Appearance of Counsel**, a copy of which is attached hereto and hereby served upon you.

Dated: March 22, 2018

By: /s/ *E. Drew Larsen*

E. Drew Larsen
(ARDC No. 6290008)
208 N. Park Blvd.
Glen Ellyn, IL 60137
Telephone: (630) 294-0809
drewlarsen101@gmail.com