## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Flava Works, Inc

                          Plaintiff,

v.                                                       Case No.: 1:17−cv−01171
                                                        Honorable Robert W. Gettleman

Marques Rondale Gunter, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 1, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: At the parties' request in their joint status report [32], the hearing to report on status set for 5/2/2018 is continued to 6/5/2018 at 9:00 a.m. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.