**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Flava Works, Inc

                        Plaintiff,

v.                                             Case No.: 1:17−cv−01171
                                             Honorable Robert W. Gettleman

Marques Rondale Gunter, et al.

                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision and settlement. (cn) Mailed notice.

Dated: June 7, 2018

                                                            /s/ Robert W. Gettleman

                                                            United States District Judge