# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Flava Works, Inc

                              Plaintiff,

v.                                                                        Case No.: 1:17−cv−01171
                                                                                    Honorable Robert W. Gettleman

Marques Rondale Gunter, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 14, 2018:

      MINUTE entry before the Honorable Jeffrey Cole: Status hearing is set for 10/25/2018 at 08:30 AM for a report on discovery progress.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.