IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| Marques Rondale Gunter d/b/a myVidster.com, SalsaIndy, LLC, d/b/a myVidster.com, | ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:17-cv-01171

## **DEFENDANTS' MOTION TO COMPEL**

Defendants, through their attorneys, move this Court for an Order compelling Plaintiff Flava Works, Inc. to (1) respond to Defendants' Interrogatories and (2) respond to Defendants' Requests for the Production of Documents. In support of this Motion, Defendants state:

1. On July 2, 2018, Defendants served their First Set of Interrogatories and First Set of Request for Production on Plaintiff. Plaintiff's responses were therefore due on August 1, 2018.

2. Plaintiff failed to respond to Defendants' written discovery requests. On or around August 16, 2018, Defendants' counsel reached out to Plaintiff's counsel via telephone. Plaintiff's counsel indicated that Plaintiff would provide responses within a few days. Nonetheless, Plaintiff still did not respond.

3. On August 24, 2018, Defendants' counsel sent correspondence to Plaintiff again requesting Plaintiff's response to Defendants written discovery requests and informing Plaintiff that if Plaintiff continued to fail to participate in the discovery process, Defendants would move to compel Plaintiff's participation.

4. To date, Plaintiffs have failed to respond to a single Interrogatory or produce a single document in response to Defendants' written discovery requests of July 2, 2018.

5. Defendants will be actually and substantially prejudiced in defending or settling this litigation unless this Court compels Plaintiff to respond to Defendants' Written Discovery Requests.

6. Discovery in this case is set to close on September 12, 2018. In light of Plaintiff's refusal to participate in the discovery process to date, Defendants request a 60-day extension of the discovery period to allow adequate time for review of any discovery that Plaintiff produces as a result of this motion.

WHEREFORE, for the reasons set forth above and in Defendants' accompanying Memorandum in Support of this Motion, Defendants respectfully request that this Court grant Defendants' Motion to Compel Plaintiff Flava Works, Inc. to respond to Defendants' Written Discovery Requests promptly as set forth herein and extend the discovery period by 60 days, to close on November 14, 2018.

Dated: September 11, 2018     Respectfully submitted,

/s/     Andrew S. Fraker
One of the Attorneys for Defendants

Gregory J. Leighton
Andrew S. Fraker
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-3801
(312) 269-8000
gleighton@nge.com
afraker@nge.com

## CERTIFICATE OF SERVICE

       I, Andrew S. Fraker, an attorney, state that I served a copy of the foregoing *Defendants' Motion to Compel* upon:

       Adam S. Tracy
       The Tracy Firm Ltd.
       141 W. Jackson Blvd.
       Chicago, Illinois 60604

by the ECF system on September 11, 2018.

                                                          /s/    Andrew S. Fraker
                                                                   Andrew S. Fraker

28424594.1