## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 1:17-cv-01171 |
| Marques Rondale Gunter | ) |
| d/b/a myVidster.com, SalsaIndy, LLC, d/b/a | ) |
| myVidster.com, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DEFENDANTS' MOTION TO COMPEL

PLEASE TAKE NOTICE that on Thursday, September 20, 2018, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Jeffrey Cole in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendants' Motion to Compel.

Respectfully submitted,

Date: September 11, 2018

/s/Andrew S. Fraker
One of the Attorneys for Defendants,
Marques Rondale Gunter and SalsaIndy, LLC

Gregory J. Leighton
Andrew S. Fraker
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois 60602
312.269.8000

## CERTIFICATE OF SERVICE

I, Gregory J. Leighton, an attorney, state that I caused a copy of the foregoing Notice of Defendants' Motion to Compel, to be served upon the following counsel of record via the Court's ECF system on September 11, 2018:

>Adam S. Tracy
>Nathan Larsen
>The Tracy Firm, Ltd.
>2100 Manchester Road, Suite 615
>Wheaton, IL 60187

>/s/Andrew S. Fraker
>Andrew S. Fraker

NGEDOCS: 1761397.3

28431177.1