## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Flava Works, Inc

                        Plaintiff,

v.                                                Case No.: 1:17–cv–01171

                                                              Honorable Robert W. Gettleman

Marques Rondale Gunter, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 20, 2018:

      MINUTE entry before the Honorable Jeffrey Cole: Motion hearing held. Defendants' motion to compel [#42] is granted. Plaintiff's oral motion for 21 day extension of time to comply with outstanding discovery is denied as discovery was closed on 9/12/2018 and discovery is long overdue. Plaintiff's counsel, who appeared in court today with his client, stated that he has the materials and has had them for some period of time but has yet to turn them over. Plaintiff shall comply with all outstanding discovery by 10/1/2018. No objections on any basis will be allowed. Status hearing is set for 10/1/2018 at 08:30 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.