# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Flava Works, Inc

                    Plaintiff,

v.                                        Case No.: 1:17−cv−01171
                                                      Honorable Robert W. Gettleman

Marques Rondale Gunter, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 3, 2018:

    MINUTE entry before the Honorable Jeffrey Cole: Status hearing held and continued 10/30/2018 at 09:15 AM after they appear before Judge Gettleman. Discovery is closed. Parties report that they do not wish to have a settlement conference at this time. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.