## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Flava Works, Inc

                       Plaintiff,

v.                                               Case No.: 1:17−cv−01171
                                                         Honorable Robert W. Gettleman

Marques Rondale Gunter, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 30, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 10/30/2018. Defendant's motion for summary judgment due 12/14/2018, plaintiff's response and cross−motion for summary judgment due 1/14/2019. Defendant's response to plaintiff's motion and reply in support of motion for summary judgment due 1/28/2019. Plaintiff's reply due 2/11/2019. Status hearing set for 4/16/2019 at 9:00 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.