IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., | ) |
| Plaintiffs, | ) |
| v. | ) |
| Marques Rondale Gunter d/b/a myVidster.com, SalsaIndy, LLC, d/b/a myVidster.com, | ) Case No. 1:17-cv-01171 |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendants Marques Rondale Gunter and SalsaIndy, LLC both d/b/a myVidster ("myVidster"), hereby move for summary judgment on Plaintiff's one remaining claim for breach of contract.

After years of unsuccessful litigation, Plaintiff seems to have given up on the merits of its case. Plaintiff failed to amend the claims that were dismissed from this proceeding and has taken no meaningful action to advance its one remaining claim for breach of the parties' 2015 Settlement Agreement. Rather, it has become clear that Plaintiff's goal has simply been to do the bare minimum necessary to maintain a lawsuit against myVidster – and to draw that suit out as long as possible – to tax myVidster's resources (and those of the Court) while spending as little of Plaintiff's own time and money as possible. Plaintiff has failed to participate substantively in this case since May 2017, and refused to comply with its discovery obligations until compelled by the Court. Even then, Plaintiff served no discovery requests, took no depositions and produced only a small number of documents, many of which were irrelevant.

Plaintiff's failure to participate in the proceedings now brings consequences. As set forth

in myVidster's accompanying Memorandum, Plaintiff has not produced any evidence whatsoever that would allow a reasonable juror to conclude that (a) myVidster breached the Settlement Agreement, or (b) that Plaintiff suffered any injury. Plaintiff should not be rewarded for its bad-faith conduct by being allowed to draw this case out any longer. Because Plaintiff cannot show these essential elements of its claim, summary judgment should be entered in myVidster's favor before any more time or resources are wasted on a case that Plaintiff itself seems to have little interest in litigating.

Dated: December 14, 2018            Respectfully submitted,

/s/ Andrew S. Fraker
One of the Attorneys for Defendants

Gregory J. Leighton
Andrew S. Fraker
Kara C. Smith
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
(312) 269-8000
gleighton@nge.com
afraker@nge.com
ksmith@nge.com

## **CERTIFICATE OF SERVICE**

I, Andrew S. Fraker, an attorney, state that I served a copy of the foregoing *Defendants' Motion for Summary Judgement* upon:

>Adam S. Tracy
>The Tracy Firm Ltd.
>141 W. Jackson Blvd.
>Chicago, Illinois 60604

by the ECF system on December 14, 2018.

>/s/     Andrew S. Fraker
>      Andrew S. Fraker