IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | Case No. 2017 cv 1171 |
| Plaintiff, ) | |
| ) | |
| -v- ) | Hon. Ronald Gettleman |
| ) | |
| SALSAINDY, LLC, & ) | |
| MARQUES GUNTER, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO CONTINUE DEADLINE FOR
DEFENDANTS' SUMMARY JUDGMENT MOTION**

Plaintiff Flava Works, Inc., through undersigned counsel, brings this motion jointly with Defendants Salsaindy, LLC and Marques Gunter, asking the Court to continue the deadline for Defendants' reply in support of its summary judgment motion by 21 days to February 18, 2018. In support of the Motion Plaintiff states:

1. On October 30, 2018, the Court ordered that: (a) Plaintiff to respond to Defendants' Motion for Summary Judgment on or before January 14, 2019; and (b) Defendants to reply thereto on or before January 28, 2019. (Dkt. 49.)

2. The collaborative summary judgment procedure set forth in this Court's standing order led to a discussion between counsel whereby Defendants acquiesced to Plaintiff filing its Response to Defendants' Motion for Summary Judgment on or before January 18, 2019. For its part, Plaintiff has elected not to file its own Motion for Summary Judgment.

3. Accordingly, the parties request that the Court extend by 21 days the filing deadline set forth in its order of October 30, 2018 to reflect that Defendant's reply in support of its Motion for Summary Judgment is due on February 18, 2019.

Dated: January 23, 2019				Respectfully submitted,

							FLAVA WORKS, INC

							 */s Adam S. Tracy*

Adam S. Tracy (at@tracyfirm.com)
The Tracy Firm, Ltd.
141 W. Jackson Blvd., Ste. 2172
Chicago, IL 60604

*Counsel for Plaintiff*


Agreed by:

Andrew Fraker
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801

*Counsel for Defendants*