# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | Case No. 2017 cv 1171 |
| Plaintiff, ) | |
| ) | |
| -v- ) | Hon. Ronald Gettleman |
| ) | |
| SALSAINDY, LLC, & ) | |
| MARQUES GUNTER, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 5, 2019 at the hour of 9:15 a.m., or as soon thereafter as counsel may be heard, Plaintiff Flava Works, Inc. shall appear before the Honorable Jorge Gettleman in Room 1703 of the Everett McKinley Dirksen United States Courthouse, 219 S Dearborn Street, Chicago, IL 60604 and shall then and there present the party's Joint Motion to Continued Deadline for Defendants' Summary Judgment Motion, a copy of which is attached and served upon you.

Dated: January 29, 2019                     Respectfully submitted,

                                            FLAVA WORKS INC

                                            /s/ Adam S. Tracy

                                            _____
                                            One of Its Attorneys

Adam S. Tracy
(ARDC #6287552)
The Tracy Firm, Ltd.
141 W. Jackson Blvd.
Suite 2172
Chicago, IL 60604
312.754.9499 Ofc.
630.689.9471 Fax
at@tracyfirm.com

## CERTIFICATE OF SERVICE

I, Adam S. Tracy, an attorney, hereby state that on January 29, 2019 a copy of the foregoing Plaintiff Kevin Heberle's Notice of Motion and accompanying Joint Motion to Continued Deadline for Defendants' Summary Judgment Motion was served upon the following counsel of record in accordance with the Northern District of Illinois General Order on Electronic Case Filing and by regular U.S. Mail:

Andrew Fraker
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801

/s/ Adam S. Tracy_____