# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Flava Works, Inc

                               Plaintiff,

v.                                                       Case No.: 1:17–cv–01171
                                                         Honorable Robert W. Gettleman

Marques Rondale Gunter, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: The parties' joint motion to continue deadline for defendants' reply in support of its summary judgment motion [56] is granted. Defendants' reply due by 2/18/19. Status hearing set for 4/16/2019 is stricken. The Court will issue a written order by mail. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.