# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

FLAVA WORKS, INC.,

Plaintiff(s),

v.

MARQUES RONDALE GUNTER, d/b/a myVidster.com, SALSAINDY, LLC, d/b/a myVidster.com,

Defendant(s).

Case No. 17 C 1171
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

   which ☐ includes        pre–judgment interest.
   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Marques Rondale Gunter, d/b/a myVidster.com, Salsaindy, LLC, d/b/a myVidster.com
and against plaintiff(s) Flava Works, Inc.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date: 8/15/2019                              Thomas G. Bruton, Clerk of Court

                                             Claire E. Newman, Deputy Clerk