IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| Marques Rondale Gunter | ) |
| d/b/a myVidster.com, SalsaIndy, LLC, d/b/a | ) |
| myVidster.com, | ) Case No. 1:17-cv-01171 |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' MOTION FOR
ATTORNEY'S FEES REASONABLY INCURRED PURSUANT
TO THE BAD FAITH EXCEPTION TO THE AMERICAN RULE**

Pursuant to this Court's inherent power to sanction abuse of the judicial process, Defendants Marques Rondale Gunter d/b/a myVidster.com and SalsaIndy, LLC d/b/a myVidster.com ("myVidster") respectfully move this Court to order Plaintiff Flava Works, Inc. to reimburse myVidster for its reasonable attorneys' fees for the reasons and in the amounts set forth in myVidster's Brief in Support of its Motion For Attorney's Fees Reasonably Incurred Pursuant to the Bad Faith Exception to the American Rule filed herewith.

Dated: August 29, 2019

Respectfully submitted,

By:   */s/ Gregory Leighton*
    Gregory Leighton
    Andrew S. Fraker
    Kara C. Smith
    NEAL, GERBER & EISENBERG, LLP
    2 N. LaSalle Street, Suite 2000
    Chicago, IL 60602
    T: (312) 269-8000
    F: (312) 429-3588
    gleighton@nge.com
    afraker@ngelaw.com
    ksmith@nge.com
    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 29, 2019, the foregoing was served on all counsel of record for via ECF.

                                                                           */s/* Andrew S. Fraker
                                                                             Andrew S. Fraker

29703880.1