## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| Marques Rondale Gunter | ) |
| d/b/a myVidster.com, SalsaIndy, LLC, d/b/a | ) |
| myVidster.com, | )    Case No. 1:17-cv-01171 |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, September 5, 2019, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable Jorge Gettleman in Room 1703 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present Defendants' Motion For Attorneys' Fees Reasonably Incurred Pursuant to the Bad Faith Exception to the American Rule.

Dated: August 29, 2019          Respectfully submitted,

                                                     By:    */s/* Gregory Leighton
                                                                    Gregory Leighton
                                                                    Andrew S. Fraker
                                                                    Kara C. Smith
                                                                    NEAL, GERBER & EISENBERG, LLP
                                                                    2 N. LaSalle Street, Suite 2000
                                                                    Chicago, IL 60602
                                                                    T: (312) 269-8000
                                                                    F: (312) 429-3588
                                                                    gleighton@nge.com
                                                                    afraker@ngelaw.com
                                                                    ksmith@nge.com
                                                                    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 29, 2019, the foregoing was served on all counsel of record for via ECF.

                    */s/* Andrew S. Fraker
                    Andrew S. Fraker

29704381.1