## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Flava Works, Inc., v.          Case Number: 1:17-cv-01171
          Marques Rondale Gunter, et al.

An appearance is hereby filed by the undersigned as attorney for:

Defendants

Attorney name (type or print): Kara C. Smith

Firm: Neal, Gerber & Eisenberg LLP

Street address: 2 North LaSalle, Suite 1700

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6327947          Telephone Number: 312-269-5283
(See item 3 in instructions)

Email Address: ksmith@nge.com

Are you acting as lead counsel in this case?          ☐ Yes  ☑ No

Are you acting as local counsel in this case?          ☐ Yes  ☑ No

Are you a member of the court's trial bar?          ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?          ☐ Yes  ☑ No

If this is a criminal case, check your status.          ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 29, 2019

Attorney signature: S/ Kara C. Smith
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015