UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Flava Works, Inc
                         Plaintiff,

v.                                                     Case No.: 1:17−cv−01171
                                                       Honorable Robert W. Gettleman

Marques Rondale Gunter, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 12, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 9/12/2019. Defendants' motion for attorney's fees reasonably incurred pursuant to the bad faith exception to the American Rule [62] is entered and continued to 9/17/2019 at 9:15 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.