## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | Case No. 17 CV 1171 |
| Plaintiff, ) | |
| ) | Honorable Robert W. Gettleman |
| v. ) | Presiding Judge |
| ) | |
| MARQUES RONDALE GUNTER, d/b/a ) | |
| MyVidster.com, SALSAINDY, LLC, d/b/a ) | |
| myVidster.com, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, September 19, 2019, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Honorable Jorge Gettleman in Room 1703 of the Everett MsKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present Plaintiff's Motion for Extension of Time to File Notice of Appeal.

Dated: September 15, 2019      Respectfully submitted,

By:    */s/ Bryan Edward Moore*
Bryan Edward Moore
2343 W. Cortez
Chicago, Illinois 60622

T: (312) 909-0004
bemoore@bemesq.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 15, 2019, the foregoing was served on all counsel of record via ECF.

    */s/ Bryan Edward Moore*
    Bryan Edward Moore