# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Flava Works, Inc., | ) | |
|                 Plaintiff, | ) | Civil Action No. 17 CV 1171 |
| | ) | |
|            v. | ) | Honorable Robert W. Gettleman Presiding Judge |
| | ) | |
| MARQUES RONDALE GUNTER, d/b/a MyVidster.com, SALSAINDY, LLC, d/b/a myVidster.com, | ) | |
|                 Defendants | ) | |

## NOTICE OF FILING

**TO:** All Counsel of Record:

**PLEASE TAKE NOTICE** that on October 11, 2019, I have caused to be filed with the clerk of the court the attached *Response to Defendant's motion for attorney's fees reasonably incurred pursuant to the bad faith exception to the American Rule*.

                                                            By:     */s/ Bryan Edward Moore*
                                                                               Bryan E. Moore
                                                                               Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019 under penalties of perjury pursuant to 28 U.S. Code § 1746 and Section 1-109 of the Code of Civil Procedure, that I served this notice along with the attachments through the ECF filing system on October 11, 2019.

Dated: October 11, 2019                                             By:     */s/ Bryan Edward Moore*
                                                                                                      Attorney

                                                                                         Bryan E. Moore
                                                                                         2343 W. Cortez
                                                                                         Chicago, Illinois 60622
                                                                                        (312) 909-0004
                                                                                        bemoore@bemesq.com
                                                                                        Attorney for Plaintiff
                                                                                        Attorney No. 6301878